UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAKAYLAH C. PLOWDEN,

               Plaintiff,

-against-

CAPITAL ONE, N.A., EQUIFAX INFORMATION SERVICES L.L.C., and TRANSUNION INTERACTIVE, INC.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/15/2024__

24 Civ. 5866 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

       On August 9, 2024, the Court ordered Defendant Equifax Information Services, LLC, to file a notice indicating whether it consents to removal. ECF No. 11. That notice is now overdue.

       Accordingly, by **August 19, 2024**, Equifax Information Services, LLC, shall file said notice.

       SO ORDERED.

Dated: August 15, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge